ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

04-1512C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Francis J. O'Toole

Firm Name: Sidley Austin Brown + Wood LLP

Post Office Box:

Street Address: 1501 K Street, N.W.

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202.736.8000, 202.736.8711

E-mail address: fotoole@sidley.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $