ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 29 2004
U.S. COURT OF FEDERAL CLAIMS

AT&T Corp.,

Plaintiff,

v.

The United States,

Defendant.

No. 04-512C

**NOTICE OF DIRECTLY-RELATED CASES**

In accordance with Rule 3 and Rule 40.2(a) of the Rules of the United States Court of Federal Claims, Plaintiff AT&T ("AT&T") hereby notifies the Court of two cases directly-related to the Complaint filed herewith ("Complaint"): Lucent Technologies, Inc. v. United States, filed September 29, 2004 (case number not yet assigned), and AT&T Corp. v. United States, No. 03-2258C (Judge Lettow).

AT&T's Complaint is directly related to Lucent Technologies, Inc. because both actions are appealing the same Final Decision of a Divisional Administrative Contracting Officer, dated September 30, 2003. This Final Decision asserts against Lucent and AT&T entitlement to a principal sum of $28,260,630 plus interest in the amount of $16,181,845, or a total amount of $44,443,475.

AT&T's Complaint is directly related to AT&T Corp. v. United States, No. 03-

of its assets first conveyed by AT&T to Lucent in 1996 must make proper calculations under CAS 413.

For these reasons, AT&T believes that the assignment of these cases to a single Judge would be likely to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted this 29th Day of September, 2004.

Francis J. O'Toole, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736- 8711 (Fax)

Attorney For Plaintiff AT&T Corporation

Of Counsel:
Howard J. Stanislawski, Esq.
Jonathan A. DeMella, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736- 8711 (Fax)