**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AT & T CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1512C** |
| | ) | **(Judge Lettow)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 60 days (to and including January 28, 2005) within which to respond to plaintiff's Complaint, filed September 29, 2004. Absent the requested enlargement, defendant would be required to respond to the Complaint on or before November 29, 2004. RCFC 12(a). This is defendant's first request for an enlargement of time for this purpose. On November 23, 2004, undersigned counsel for defendant discussed this motion with Howard J. Stanislawski, Esq., one of plaintiff's counsel, who stated that plaintiff would not oppose the requested enlargement.

The grounds for the motion are that the agency has not yet been able to complete its required litigation report regarding this matter. The agency's report is expected no later than December 30, 2004. The requested enlargement is needed in order to allow an adequate opportunity for defendant to review the agency's litigation report, consider the allegations in plaintiff's Complaint, and prepare an appropriate response. Plaintiff's Complaint raises a

number of complicated legal and factual issues regarding the proper interpretation and application of Cost Accounting Standard 413 to a complex series of transactions. Because of the close relationship between this case and the related case styled *Lucent Technologies Inc. v. United States*, No. 04-1511C, which was filed on the same day as this case, and involves, in part, the same transactions and issues, defendant is requesting a similar 60-day enlargement in that case as well.

For the foregoing reasons, defendant respectfully requests that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: November 23, 2004

**CERTIFICATE OF FILING**

I hereby certify that on the 23rd day of November, 2004, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird