IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: November 29, 2004)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time. An extension of time of sixty days, to and including January 28, 2005, is sought to respond to plaintiff's Complaint. Good cause having been shown, the motion is **GRANTED**.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge