IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: December 20, 2004)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Notice of Directly-Related Cases. The court denies plaintiff's implicit motion to transfer but does so without prejudice. *See* RCFC 40.2(a)(3); *Entergy Nuclear Indian Point 2, LLC v. United States*, 62 Fed. Cl. 798 (2004). Depending upon developments in this case and in the related cases docketed as *AT&T Corp. v. United States*, No. 03-2258C, and *Lucent Technologies, Inc. v. United States*, No. 04-1511C (pending before Braden, J.), it may become appropriate for one or more of the parties to file a motion to transfer at a future time.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge