IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AT&T CORP., Plaintiff, v. THE UNITED STATES Defendant | No. 04-1512C (Judge Lettow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of this Court, plaintiff, AT&T Corp. ("AT&T"), respectfully requests an enlargement of time of 21 days, to and including May 2, 2005, within which to file the parties' Joint Preliminary Status Report. Absent the requested enlargement, the parties would be required to file their Joint Preliminary Status Report no later than April 11, 2005. On April 11, 2005, Francis J. O'Toole, counsel for plaintiff, spoke with Kent G. Huntington, counsel for defendant, who stated that defendant consents to and, indeed, supports the requested enlargement.

The grounds for this motion are that the parties believe that the Joint Preliminary Status Report in the above-captioned matter should be filed on the same day that the Joint Preliminary Status Report is currently due to be filed in Lucent Technologies Inc. v. United States, No. 04-1511C, May 2, 2005, currently pending before Judge Braden. Both cases are based on the same operative facts and involve similar legal issues, and several of the milestones in each case, related to discovery and otherwise, need to coordinated to promote efficiency and consistency.

Respectfully submitted this 11th day of April, 2005.

/s/ Francis J. O'Toole
Francis J. O'Toole, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Attorney for Plaintiff AT&T Corp.

Of Counsel:
Howard J. Stanislawski, Esq.
Jonathan Adam DeMella, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736- 8711 (Fax)

Steven H. Talkovsky, Esq.
AT&T Corp.
1900 Gallows Road
Vienna, VA 22182
Tel: (703) 245-3640
Fax: (703) 245-3648