IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: April 12, 2005)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Unopposed Motion for an Enlargement of Time, filed on April 11, 2005. The parties' Joint Preliminary Status Report is presently due on or before April 11, 2005. Plaintiff seeks an additional 21 days in which to file the report.

For good cause shown, plaintiff's motion is GRANTED. The parties' Joint Preliminary Status Report shall be filed on or before May 2, 2005.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge