IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AT&T CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1512C |
| | ) | (Judge Lettow) |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO CORRECT**

On May 2, 2004, plaintiff AT&T Corp. ("AT&T") intended to file Plaintiff's Unopposed Motion For An Enlargement Of Time of time of sixteen days, to and including May 18, 2005, within which to file the parties' Joint Preliminary Status Report. In the course of the electronic filing process, counsel for AT&T inadvertently attached and misfiled an incorrect document. The correct document is now attached hereto as Exhibit A. On May 4, 2005, counsel for AT&T conferred with C. Coleman Bird, counsel for defendant, who stated that defendant did not oppose this motion.

Counsel for AT&T respectfully requests leave to correct its filing on May 2, 2005 such that the Court accept Exhibit A as the motion AT&T intended to attach to its May 2, 2004 filing. Counsel for AT&T apologizes for any inconvenience to the Court.

Respectfully submitted this 4th day of May, 2005.

/s/ Francis J. O'Toole
Francis J. O'Toole, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Attorney for Plaintiff AT&T Corp.

Of Counsel:
Howard J. Stanislawski, Esq.
Jonathan Adam DeMella, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736- 8711 (Fax)

Steven H. Talkovsky, Esq.
AT&T Corp.
1900 Gallows Road
Vienna, VA 22182
Tel: (703) 245-3640
Fax: (703) 245-3648