**EXHIBIT A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | No. 04-1512C<br>(Judge Lettow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of this Court, plaintiff, AT&T Corp. ("AT&T"), respectfully requests an enlargement of time of sixteen days, to and including May 18, 2005, within which to file the parties' Joint Preliminary Status Report. Absent the requested enlargement, the parties would be required to file their Joint Preliminary Status Report no later than May 2, 2005. On May 2, 2005, Francis J. O'Toole, counsel for plaintiff, spoke with C. Coleman Bird, counsel for defendant, who stated that defendant consented to and, indeed, supported the requested enlargement.

The grounds for this motion are that the parties believe that the Joint Preliminary Status Report in the above-captioned matter should be filed following the status conference, as well as the entry of any scheduling order in connection therewith, currently scheduled before Judge Braden in Lucent Technologies Inc. v. United States, No. 04-1511C, on May 11, 2005. Both cases are based on the same operative facts and involve similar legal issues, and several of the milestones in each case, related to discovery and otherwise, need to be coordinated to promote efficiency and consistency.

Respectfully submitted this 2nd day of May, 2005.

/s/ Francis J. O'Toole
Francis J. O'Toole, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Attorney for Plaintiff AT&T Corp.

Of Counsel:
Howard J. Stanislawski, Esq.
Jonathan Adam DeMella, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736- 8711 (Fax)

Steven H. Talkovsky, Esq.
AT&T Corp.
1900 Gallows Road
Vienna, VA 22182
Tel: (703) 245-3640
Fax: (703) 245-3648