IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: May 6, 2005)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion for Leave to Correct, filed on May 4, 2005. On May 2, 2005, plaintiff's counsel misfiled its Unopposed Motion for an Enlargement of Time. Plaintiff seeks to file a corrected version of its motion to enlarge. The parties' Joint Preliminary Status Report ("JPSR") is presently due on or before May 2, 2005. The motion for enlargement seeks an additional 16 days in which to file the parties' JPSR.

For good cause shown, plaintiff's motion for leave is GRANTED. Plaintiff's Unopposed Motion for an Enlargement of Time shall be deemed filed as of May 2, 2005. For good cause shown, plaintiff's motion for enlargement is also GRANTED. The parties' JPSR shall be filed on or before May 18, 2005.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge