IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: May 19, 2005)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on May 18, 2005. The parties shall file a Joint Status Report proposing a schedule for discovery on or before 21 days after a decision has been filed on the defendant's motion to transfer *Lucent Technologies, Inc. v. United States*, No. 04-1511C, to the undersigned judge.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge