IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1512C

(Filed: October 13, 2005)

AT&T CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Transfer and Suggestion of the Appropriateness of Consolidation, filed May 6, 2005. This motion is in effect a reprise of a filing previously made by plaintiff in this case, entitled Notice of Directly-Related Cases. That earlier Notice was treated as an implicit motion to transfer and was denied without prejudice. *See* Order of December 20, 2004. In that order, the court noted explicitly that "it may become appropriate for one or more of the parties to file a motion to transfer at a future time." *Id*. The pending motion and the earlier notice concern the partial congruence of this case and a companion case, *AT&T Corp. v. United States*, No. 03-2258C, with *Lucent v. United States*, No. 04-1511C, pending before Judge Braden of this court.

After due consideration of the motion and response, after consultation between the pertinent judges, and upon agreement of both of the judges, defendant's motion is GRANTED IN PART. Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, this action shall be transferred to Judge Susan G. Braden. The suggestion for consolidation and all future matters in this case shall be addressed by Judge Braden.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge

cc: Judge Susan G. Braden