IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1511C
(Consolidated with Case No. 04-1512C)

| | |
|---|---|
| AT&T Corp., | ) |
| Plaintiff, | ) |
| and, | ) |
| LUCENT TECHNOLOGIES, INC., | ) |
| Plaintiff., | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## AFFIDAVIT OF APPOINTMENT OF HOWARD J. STANISLAWSKI

I, Howard J. Stanislawski, being sworn under oath, state as follows:

1. I have been appointed as the new counsel of record for AT&T Corp. in the above-captioned matter.

2. I have been admitted to practice before this court.

3. Former counsel of record, Francis J. O'Toole, consents to my appointment.

Howard J. Stanislawski